with leave to defendants to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MONROE, Appellant, Impleaded with Another, Defendant.— Judgment affirmed. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

JOSEPH NAPOSKI, Appellant, v. McALLISTER LIGHTERAGE LINE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.; O'Malley, J., dissents and votes for reversal and a new trial on the ground that the question of control of the derrick barge at the time and place of the accident should have been submitted to the jury. (See Bartolomeo v. Bennett Contracting Co., 245 N. Y. 66.)

OPHELIA SEWER, Appellant, v. NEW YORK RAILWAYS CORPORATION, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

W. IRVING HERSKOVITS FUR CO., INC., Respondent, v. MICHAEL HOLLANDER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ. [138 Misc. 456.]

JOSEPH NUCCIO, Respondent, v. 103 EAST ONE HUNDRED AND FOURTEENTH STREET REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ. [136 Misc. 485.]

CHARLES D. HARRIS, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Judgment reversed upon the ground of newly-discovered evidence, and a new trial ordered, with costs to the appellant to abide the event. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

CHARLES D. HARRIS, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for a new trial on the ground of newly-discovered evidence granted, with ten dollars costs. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

JOSEPH WALSH, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

ARTHUR FRIEDENHEIT, Respondent, v. CELNAM REALTY CORPORATION and PAUL A. McGOLRICK, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

C. LUDWIG BAUMANN, Appellant, v. DE WITT STETTEN and LAWRENCE S. GREENBAUM, as Trustees, etc., Appellants, BERENICE L. BAUMANN and Others, Respondents, and C. LUDWIG BAUMANN & COMPANY, Appellant.— Judgment affirmed, with costs to the respondents. No opinion. Present — Finch, Merrell, Martin and O'Malley, JJ.

MID-BORO PROPERTY CORPORATION, Respondent, v. WARREN-JAY CO., INC., Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Warren-Jay Co., Inc., to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.